IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL ACTION NO. |
|   : | 1:14-CR-0186-RWS |
| STEVEN E. SLAWSON, : | |
| Defendant. : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation ("R&R") [35] of Magistrate Judge Janet F. King. Defendant has filed no objections to the recommendations in the R&R. After reviewing recommendations, they are received with approval and adopted as the Opinion and Order of this Court.  Accordingly, Defendant's Motion to Dismiss the Indictment [24(1)] is **DENIED**; Defendant's Motion to Dismiss Count One for Duplicity [24(2)] is **DENIED**; and Defendant's Motion to Strike Surplusage [25(3)] is **DENIED**.

AO 72A
(Rev.8/82)

Defendant filed Objections [38] to the Order denying Defendant's Motion for a Bill of Particulars [25(1)]. The Court has reviewed this issue *de novo* and concurs in the analysis in the R&R. The issues raised in Defendant's Objections are fully addressed in the R&R and are adopted by the undersigned. Therefore, the Court **OVERRULES** the objections to the Order.

**SO ORDERED** this   10th   day of December, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)