IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>STEVEN E. SLAWSON,<br><br>    Defendant. | CRIMINAL ACTION<br><br>No. 1:14-CR-186-RWS-JFK |

## **DEFENDANT'S PROPOSED LIMITING INSTRUCTIONS**

Defendant, Steven E. Slawson, by and through undersigned counsel, hereby respectfully proposes that the following limiting instructions.[1] Regarding evidence of Carter's, Inc. compliance policies, Defendant proposes that the following limiting instructions be provided to the jury when these policies are introduced:

> THE GOVERNMENT HAS ENTERED INTO EVIDENCE CERTAIN CARTER'S COMPLIANCE POLICIES.  THIS EVIDENCE HAS BEEN RECEIVED FOR A LIMITED PURPOSE.  THE DEFENDANT WAS NOT AN EMPLOYEE OF CARTER'S AND DID NOT RECEIVE, REVIEW, POSSESS, OR DISCUSS AT ANY TIME ANY OF THESE CARTER'S COMPLIANCE POLICIES.
>
> YOU MAY NOT CONSIDER THE POLICIES OR ANY TESTIMONY REGARDING THE POLICIES AS REFLECTIVE OF

---

[1] Defendant reserves the right to request limiting instructions regarding other evidence as necessary during the course of trial.

THE APPLICABLE LEGAL STANDARD.  INDEED, THESE COMPLIANCE POLICIES DO NOT DEFINE THE LEGAL STANDARD REGARDING INSIDER TRADING.  I AM RESPONSIBLE FOR INSTRUCTING YOU AS TO THE LAW THAT GOVERNS THIS CASE.  YOU MUST EXCLUSIVELY RELY ON MY INSTRUCTIONS AS TO THE RELEVANT LAW.

For the transcript of Defendant's 2007 testimony in a prior unrelated civil proceeding, Defendant proposes the following limiting instruction be provided to the jury at the time the transcript is introduced:

DEPOSITIONS IN CIVIL CASES ARE FAIRLY COMMONPLACE IN TODAY'S SOCIETY, PARTICULARLY IN THE BUSINESS WORLD.  IN THIS CASE THE GOVERNMENT HAS ADMITTED INTO EVIDENCE AN EXCERPT OF THE CIVIL DEPOSITION TESTIMONY OF MR. SLAWSON WHEN HE APPEARED AS A WITNESS SEVERAL YEARS AGO IN AN UNRELATED CIVIL PROCEEDING.  YOU ARE INSTRUCTED TO CONSIDER THE CIVIL DEPOSITION TESTIMONY ONLY FOR THE CONTENT OF WHAT HE SAID, AND NOT TO DRAW ANY INFERENCES FROM THE FACT THAT MR. SLAWSON APPEARED AS A WITNESS IN THAT UNRELATED CIVIL PROCEEDING.

Dated:      July 30, 2015            Respectfully submitted,

                                     McDERMOTT WILL & EMERY LLP

                                     By:  /s/ Todd Harrison
                                         Todd Harrison (*pro hac vice*)
                                         340 Madison Avenue
                                         New York, New York 10173
                                         Tel:  (212) 547-5727
                                         Fax:  (212) 547-5444
                                         TDHarrison@mwe.com

- 3 -

ROGERS & HARDIN LLP

By: /s/ Stephen D. Councill
  Stephen D. Councill
  Georgia Bar No. 190358
  2700 International Tower
  229 Peachtree Street NE
  Atlanta, Georgia 30303
  Tel: (404) 522-4700
  Fax: (404) 525-2224
  scouncill@rh-law.com

*Attorneys for Defendant Steven E. Slawson*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN E. SLAWSON,<br><br>Defendant. | CRIMINAL ACTION<br><br>No. 1:14-CR-186-RWS-JFK |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2015, the foregoing DEFENDANT'S PROPOSED LIMITING INSTRUCTIONS was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

Dated: July 30, 2015

/s/ Stephen D. Councill
Stephen D. Councill
Georgia Bar No. 190358

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street NE
Atlanta, Georgia 30303
Tel: (404) 522-4700
Fax: (404) 525-2224
scouncill@rh-law.com

*Attorneys for Defendant Steven E. Slawson*